STATE of Missouri, Plaintiff/Respondent,

v.

Michael Wayne PYATT,
Defendant/Appellant.

Michael Wayne PYATT, Movant,

v.

STATE of Missouri, Respondent.

Nos. 62948, 66778.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 21, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

### ORDER

PER CURIAM.

Appellant was found guilty of second degree murder and armed criminal action in the trial court and was sentenced to incarceration terms of life and 99 years. He now asserts that the trial court committed plain error in allowing the introduction of certain evidence and in denying his Rule 29.15 motion. We have carefully considered the evidence and the record and we find no manifest injustice and no error. The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).

Gene T. PATRICK,
Petitioner/Respondent,

v.

Janice M. PATRICK,
Respondent/Appellant.

No. 66757.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

Gail G. Renshaw, Nicholas J. Riggio, Sr., St. Louis, for appellant.

Gene T. Patrick, Pacific, Pro Se.

Before REINHARD, P.J., and KAROHL and RHODES, JJ.

### ORDER

PER CURIAM.

Mother appeals from the trial court's judgment on her motion to modify child support. The court denied her motion for a new trial based on newly discovered evidence filed after the hearing on the motion to modify. We affirm. We have reviewed the record and find the claims of error to be without merit; no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 84.16(b).